

# Fourth Court of Appeals
## San Antonio, Texas

March 20, 2020

No. 04-20-00014-CR

Luis **MARQUEZ,**
Appellant

v.

The **STATE** of Texas,
Appellee

From the 187th Judicial District Court, Bexar County, Texas
Trial Court No. 2019CR5801
Honorable Stephanie R. Boyd, Judge Presiding

# O R D E R

Appellant's brief was originally due to be filed on April 2, 2020. On March 18, 2020, appellant filed a motion for a 60-day extension of time to file the brief. Appellant's motion is GRANTED. It is ORDERED that appellant's brief is due no later than June 1, 2020.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 20th day of March, 2020.

_Michael A. Cruz_
MICHAEL A. CRUZ,
Clerk of Court